**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01689-LTB-MJW

ERIC WALK,

       Plaintiff,

v.

APEX FINANCIAL MANAGEMENT, INC., a Illinois limited liability company,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 8 - filed November 10, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   November 12, 2008